UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA BEATTY, MICHAEL LLORENS, and KARL WEISSINGER,<br><br>        *Plaintiffs*,<br><br>v.<br><br>**NED LAMONT AND WILLIAM TONG,**<br><br>        *Defendants.* | No. 22-cv-380 (JAM)<br><br>March 22, 2023 |

## Notice of Appearance

I am authorized the practice in this Court, and I appear in this case as counsel for the Plaintiffs, Teresa Beatty, Michael Llorens, and Karl Weissinger.

Respectfully submitted,

By:   */s/ Sapana Anand*
       Sapana Anand (#31422)
       ACLU Foundation of Connecticut
       765 Asylum Avenue, 2nd Floor
       Hartford, CT  06105
       (888) 822-5828
       sananad@acluct.org