United States District Court
District of Connecticut

**Teresa Beatty, Natasha Tosado, and Douglas Johnson**,
*Plaintiffs,*                                                                 No. 22-cv-380-JAM

*v.*                                                                                     March 1, 2024

**Michelle Gilman and Angel Quiros**,
*Defendants.*

**Joint Motion to Stay Select Deadlines, and Plaintiffs' Motion for Status Conference**

Given the Court's recent ruling on the defendants' Motion to Dismiss, the plaintiffs request a status conference to discuss how best to proceed, including the parameters of the remaining claims and outstanding discovery. In contemplation of such a conference, the parties would respectfully request a stay of the following deadlines:

(1) the March 1st deadline for the defendants to respond to the plaintiffs' second set of requests to produce,

(2) the March 2nd deadline for the parties to seek to resolve their current disputes as to the plaintiffs' discovery responses [ECF # 102], and

(3) the Court's March 4th deadline for a class certification motion [ECF # 72].

/s/ Dan Barrett
Dan Barrett
Elana Bildner
Sapana Anand
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
(860) 471-8471
legal@acluct.org
*Counsel for Plaintiffs*

/s/ Robert J. Deichert
Robert J. Deichert (ct24956)
Assistant Attorney General
Attorney General's Office
165 Capitol Avenue
Hartford, CT 06106
860-808-5020 (phone)
860-808-5347 (fax)
Robert.Deichert@ct.gov
*Attorney for Defendants*