United States District Court
District of Connecticut

**Teresa Beatty,** *et al.*,
*Plaintiffs*

*v.*

**Ned Lamont and William Tong**,
*Defendants.*

No. 22-cv-380

October 6, 2024

## Stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without costs to any party.

| | |
|---|---|
| */s/ Dan Barrett* | */s/ Robert J. Deichert* |
| Dan Barrett (#ct29816) | Robert J. Deichert (ct24956) |
| Elana Bildner (#ct30379) | Krislyn Launer (ct31041) |
| ACLU Foundation of Connecticut | Benjamin Abrams (ct29986) |
| 765 Asylum Avenue | Assistant Attorneys General |
| Hartford, CT 06105 | Office of the Attorney General |
| (860) 471-8471 | 165 Capitol Avenue |
| e-filings@acluct.org | Hartford, CT 06106 |
| | 860-808-5020 (phone) |
| Erica O. Nolan (#ct31097) | 860-808-5347 (fax) |
| David A. Slossberg (#ct13116) | krislyn.launer@ct.gov |
| HURWITZ SAGARIN SLOSSBERG & KNUFF LLC | robert.deichert@ct.gov |
| 147 North Broad Street | benjamin.abrams@ct.gov |
| Milford, CT 06460 | |
| (203) 877-8000 | *Counsel for the defendants* |
| ENolan@hssklaw.com | |
| DSlossberg@hssklaw.com | |
| | |
| *Counsel for the plaintiffs* | |